# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**HEATHER NICOLE MAYZE,**

    *Plaintiff*,

v.    Case No.: 1:17cv45-MW/MJF

**LELAND DUDEK, ACTING COMMISSIONER OF SOCIAL SECURITY,**

    *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 27. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 27, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** under Rule 25 of the Federal Rules of Civil Procedure because it is moot." The Clerk shall close the file.

**SO ORDERED** on September 8, 2025.

                                                    **s/Mark E. Walker**
                                                  **United States District Judge**